UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:12-CR-237-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THONG HO, )<br>)<br>Defendant ) | ORDER GRANTING ADMISSION<br>*PRO HAC VICE* |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Special Admission To Practice *Pro Hac Vice*" (Document No. 6) concerning David Aylor, filed August 6, 2012. Mr. Aylor seeks to appear as counsel *pro hac vice* for Defendant Thong Ho.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Aylor is admitted to appear before this court *pro hac vice* on behalf of Defendant Thong Ho.

**SO ORDERED**.

Signed: August 7, 2012

David C. Keesler
United States Magistrate Judge